IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02294-WYD-MEH

BITUMINOUS CASUALTY CORPORATION,

Plaintiff(s),

v.

MONUMENT WELL CORPORATION,
ELIZABETH MOBALDI, and
STEVE MOBALDI,

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 30, 2007.**

In the interests of justice, and by agreement of the parties who appear of record, the Plaintiff's Motion to Amend Complaint [Filed January 30, 2007; Docket #7] is **granted.**

On or before February 1, 2007, the Plaintiff shall file its Amended Complaint for Declaratory Judgment with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Plaintiff's Amended Complaint for Declaratory Judgment shall be in the same format and substance of that which was tendered with Plaintiff's Motion to Amend Complaint on January 30, 2007.

The parties are reminded of their obligations concerning their scheduling/planning conference and Rule 26(a)(1) disclosures, and the time frames for these events set forth in the Federal Rules of Civil Procedure.