IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02294-WYD-MEH

BITUMINOUS CASUALTY CORPORATION,

      Plaintiff,

v.

MONUMENT WELL CORPORATION;
ELIZABETH MOBALDI; and
STEVE MOBALDI,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendant Monument Well Services Company, Inc.'s Unopposed Motion for Leave to File Response in Opposition to Plaintiff's Motion for Summary Judgment in Excess of Fifteen Pages (#27 - filed 5/17/07) is **GRANTED.**  Defendant may file a 20-page Response in Opposition to Plaintiff's Motion for Summary Judgment, exclusive of the pages required to respond to Plaintiff's Statement of Undisputed Facts.

      Dated:  May 17, 2007