IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02294-WYD-MEH

BITUMINOUS CASUALTY CORPORATION,

    Plaintiff,

v.

MONUMENT WELL CORPORATION,
ELIZABETH MOBALDI, and
STEVE MOBALDI,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 7, 2007.**

    In the interests of justice, and by agreement of the parties who appear of record, the Plaintiff's Stipulated Motion to Amend Complaint [filed September 6, 2007; doc #37] is **granted.** Plaintiff shall file its Second Amended Complaint for Declaratory Judgment, without the designation "Exhibit A" and in accordance with D.C. Colo. LCivR 10.1(J), with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Defendant shall respond to the amended complaint in accordance with Fed. R. Civ. P. 15(a).