IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02294-WYD-MEH

BITUMINOUS CASUALTY CORPORATION,

    Plaintiff,

v.

MONUMENT WELL CORPORATION;
ELIZABETH MOBALDI; and
STEVE MOBALDI,

    Defendants.

## ORDER

    THIS MATTER is before the Court on Plaintiff Bituminous Casualty Corporation and Defendants Monument Well Services Co., Elizabeth Mobaldi and Steve Mobaldi's Stipulation of Dismissal, filed April 14, 2008 (docket #53).  Having reviewed the stipulation and the premises therein, it is hereby

    ORDERED that the Stipulation of Dismissal is **GRANTED**, each party to be responsible for its own attorneys' fees and costs.

Dated:  April 18, 2008

                                         BY THE COURT:

                                         s/ Wiley Y. Daniel
                                         Wiley Y. Daniel
                                         U. S. District Judge